```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
                  Criminal No. 92-116(DSD)
```

United States of America,

       Plaintiff,

v.                                                          **ORDER**

Lawrence Christopher Redding,

       Defendant.

    Jeffrey S. Paulsen, United States Attorney's Office, 300 South 4th Street, Suite 600, Minneapolis, MN 55415, counsel for plaintiff.

    Lawrence Christopher Redding, #05489-041, Anoka County Jail, 325 East Jackson Street, Anoka County, MN 55303, defendant pro se.

This matter is before the court upon the pro se motions of defendant Lawrence Christopher Redding to appoint counsel so that he may challenge his 1993 conviction for being a felon in possession of a firearm and ammunition. The court sentenced Redding to 327 months' imprisonment, and he was released from custody on March 18, 2016. Redding argues that his sentence was erroneously enhanced under the Armed Career Criminal Act and that his period of supervised release should be lifted to offset the error.

"[T]here is no general right to counsel in post-conviction habeas proceedings for criminal defendants." United States v. Craycraft, 167 F.3d 451, 455 (8th Cir. 1999). The court sees no reason to depart from that rule in this case, particularly given

that Redding's claim is untimely and meritless in any event.

Accordingly, **IT IS HEREBY ORDERED** that defendant's motions for appointment of counsel [ECF Nos. 170 and 174] are denied.

Dated: September 6, 2017

s/David S. Doty
David S. Doty, Judge
United States District Court
